JAMES L. CAMBAS, an Infant, by IDA CAMBAS, His Guardian ad Litem, Appellant, Impleaded with Another, *v.* CITY OF NEW YORK, Respondent.

Argued April 16, 1941; decided May 22, 1941.

*Bernard Meyerson, Robert McGowan Smith* and *Stephen S. Scopas* for appellant.

*William C. Chanler, Corporation Counsel (Wm. Mason Smith, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division. Questions of fact were presented both in regard to defendant's negligence and plaintiff's freedom from contributory negligence. We find no reversible error in the charge.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., and FINCH, J.